# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
District of Oregon

Case Number: 6:15CV00277-MC

Plaintiff:
**CHARLENE A BOEHM; and CPS BIORESEARCH, LLC, a North Carolina limited liability company**

vs.

Defendant:
**FUTURE TECH TODAY, INC, an Oregon Corporation; JOSHUA KORN, aka JOSHUA PARKER; and AAA PRODUCTION, INC, a Utah Corporation**

For:
Gaydos, Churnside & Balthrop, PC
440 E Broadway
Suite 300
Eugene, OR 97440

Received by Emerald City Legal Support Service, Inc. to be served on **JOSHUA KORN aka JOSHUA PARKER, 3212 VAN BUREN ST, EUGENE, OR 97405.**

I, Mark Smith, being duly sworn, depose and say that on the **21st day of April, 2015** at **4:30 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CORPORATE DISCLOSURE STATEMENT OF CPSBIORESEARCH, LLC; CIVIL CASE ASSIGNMENT ORDER; DISCOVERY AND PRETRIAL SCHEDULING ORDER; FED. R. CIV. P. 26(A) DISCOVERY AGREEMENT; CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE AND DESIGNATION OF THE NORMAL APPEAL ROUTE; OREGON CIVIL CASE MANAGEMENT TIME SCHEDULES; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** to **"JOHN DOE"** as **CO-OCCUPANT**, who is fourteen (14) years of age or older. I informed said person of the contents therein, in compliance with state statutes. Said service was effected at: **3212 VAN BUREN ST, EUGENE, OR 97405**, the within named person's usual place of abode.

Proof of Mailing: I, Korrinda Taylor, do hereby certify that on 4/23/2015 I did cause to be MAILED a copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CORPORATE DISCLOSURE STATEMENT OF CPSBIORESEARCH, LLC; CIVIL CASE ASSIGNMENT ORDER; DISCOVERY AND PRETRIAL SCHEDULING ORDER; FED. R. CIV. P. 26(A) DISCOVERY AGREEMENT; CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE AND DESIGNATION OF THE NORMAL APPEAL ROUTE; OREGON CIVIL CASE MANAGEMENT TIME SCHEDULES; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK, with this statement of the date, time, place and person to which SUBSTITUTE SERVICE was made, to the above address, in a first class, postage paid, sealed envelope to JOSHUA KORN aka JOSHUA PARKER. If mailed by other than the server: _KS_



## AFFIDAVIT OF SERVICE For 6:15CV00277-MC

I certify that I am a competent person, over the age of 18, a resident of the State of Oregon, not a party or an officer, director, or employee of, nor an attorney for any party, corporate or otherwise.

```
OFFICIAL STAMP
KORRINDA ELIZABETH TAYLOR
NOTARY PUBLIC-OREGON
COMMISSION NO. 932174
MY COMMISSION EXPIRES SEPTEMBER 14, 2018
```

State of Oregon
County of Lane

Subscribed and Sworn to before me on the 24th day of April, 2015.

_____
NOTARY PUBLIC

_____
Mark Smith
Process Server

Emerald City Legal Support Service, Inc.
1358 Oak St., Suite 2
Eugene, OR 97401
(541) 653-9497

Our Job Serial Number: EME-2015001703

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r